DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CENTRAL PALM BEACH SURGERY CENTER, LTD.**
a/a/o **CHEVAS THOMPSON,**
Appellant,

v.

**UNITED AUTOMOBILE INSURANCE COMPANY,**
Appellee.

No. 4D21-409

[July 8, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Olga Gonzalez-Levine, Judge; L.T. Case Nos. COWE17-014405 and CACE19025828.

Todd Landau of Todd Landau, P.A., Hollywood, for appellant.

Michael J. Neimand, House Counsel of United Automobile Insurance Company, Miami, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***